# EXHIBIT A





*Engineering Services*, Orbital Research, Inc. (Apr. 17, 2023, 5:52 PM), https://www.orbitalresearch.com/.